An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL K. MCLEMORE,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 65778

**FILED**

JUN 19 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a proper person notice of appeal. Eighth Judicial District Court, Clark County; Kenneth C. Cory, Judge.

Appellant filed a notice of appeal on April 28, 2014, designating a decision entered on April 23, 2014. No decision was entered in the district court on April 23, 2014. To the extent that appellant was seeking to appeal to this court from an order of this court, *see McLemore v. State*, Docket No. 63917 (Order of Affirmance, March 12, 2014), no such appeal right exists. Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

14-20151

cc: Hon. Kenneth C. Cory, District Judge
Michael K. McLemore
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk